IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-801 MIS |
| ) | |
| vs. ) | 21 U.S.C. § 846: Conspiracy. |
| ) | |
| **CESAR ARTURO MARISCAL-** ) | |
| **GONZALEZ** and ) | |
| **IRVING PEREZ-ALVAREZ**, ) | |
| ) | |
| Defendants. ) | |

INDICTMENT

The Grand Jury charges:

From on or about October 17, 2023, and continuing to on or about March 3, 2025, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **CESAR ARTURO MARISCAL-GONZALEZ** and **IRVING PEREZ-ALVAREZ**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in 21 U.S.C. § 841(a)(1), specifically, distribution of a controlled substance.

Quantity of Methamphetamine Involved in the Conspiracy

With respect to **CESAR ARTURO MARISCAL-GONZALEZ** and **IRVING PEREZ-ALVAREZ**, the amount of methamphetamine involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 50 grams and more of methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

In violation of 21 U.S.C. § 846.

A TRUE BILL:

/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

*HSK*