IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 25-CR-801 MIS |
| | ) | |
| **CESAR ARTURO MARISCAL-GONZALEZ**, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER CONTINUING SENTENCING HEARING

THIS MATTER having come before the Court on the United States' unopposed motion for a continuance of the sentencing hearing presently scheduled for June 24, 2026, and good grounds having been presented, the Court FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the sentencing hearing in this case be and hereby is continued and will be reset by the Court by notice.

IT IS FURTHER ORDERED that the parties file any sentencing pleadings by July 15, 2026, and any responses thereto by July 25, 2026.

_____
MARGARET I. STRICKLAND
United States District Judge